FILED by **KS** D.C.

Apr 13, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-20222-CR-WILLIAMS/MCALILEY

CASE NO._____

18 U.S.C. § 371
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

RICARDO JACKSON,

Defendant.

_____/

### INFORMATION

The Acting United States Attorney charges that:

From in and around December 2016, and continuing through on or about January 19, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RICARDO JACKSON,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Acting United States Attorney, to commit an offense against the United States, that is, to knowingly possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The controlled substance involved in the conspiracy attributable to **RICARDO JACKSON**, as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

It is further alleged that the controlled substance involved in the conspiracy attributable to **RICARDO JACKSON**, as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, united States Code, Section 841(b)(1)(C).

It is further alleged that the controlled substance involved in the conspiracy attributable to **RICARDO JACKSON**, as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of tramadol hydrochloride, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(b)(2).

## PURPOSE OF THE CONSPIRACY

It was the purpose of the conspiracy for **RICARDO JACKSON** and his co-conspirators to distribute controlled substances for personal financial gain.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects and purpose thereof, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1. On or about January 11, 2017, **RICARDO JACKSON** supplied a co-conspirator with cocaine, which the co-conspirator then sold to a confidential informant for $20, while at a residence located at 19220 Northwest 35th Avenue, Miami Gardens, Florida.

2. On or about January 17, 2017, **RICARDO JACKSON** supplied a co-conspirator with cocaine, which the co-conspirator then sold to a confidential informant for $20, while at a residence located at 19220 Northwest 35th Avenue, Miami Gardens, Florida.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purposes of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **RICARDO JACKSON**, has an interest.

2. Upon conviction of the violation alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
HILLARY T. IRVIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RICARDO JACKSON,

Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)
X  Miami  ___  Key West
___ FTL   ___  WPB   ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days          X           Petty        ___
   II   6 to 10 days         ___         Minor        ___
   III  11 to 20 days        ___         Misdem.      ___
   IV   21 to 60 days        ___         Felony       X
   V    61 days and over     ___

6. Has this case previously been filed in this District Court?   (Yes or No)   Yes
   If yes   Case No.   17-CR-20299-MORENO
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No.   _____
   Related miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   Dec.18, 2017- Sept. 10, 2018, Dec. 7, 2020-Jan 19, 2021,  February 11, 2021-present
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No  X

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No  X

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes  X   No ___

_____
HILLARY IRVIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502595

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **RICARDO JACKSON**

Case No: _____

Count #: 1

Conspiracy to Commit Offense against the United States

Title 18, United States Code, Section 371

\* Max. Penalty:     5 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| RICARDO JACKSON, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Leonard Fenn**
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*